.

Capital One
P.O. Box 30281
Salt Lake City, UT 84130-0253


Easton Hospital
250 South 21st Street
Easton, PA 18042


Nora C. Viggiano, Esquire
KML Law Group, P.C.
701 Market Street
Philadelphia, PA 19106


Skye A. Laubach


US National Bank Association
9990 Richmond Avenue, Suite 400S
Houston, TX 77042