# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John R. Laubach aka Robert Laubach, aka John Laubach, aka John Robert Laubach<br>　　　　　　Debtor(s) | CHAPTER 13 |
| U.S. NATIONAL BANK ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE ON BEHALF OF OWS REMIC TRUST 2013-1<br>　　　　　　Movany<br>　　vs. | NO. 17-18595 REF |
| John R. Laubach aka Robert Laubach, aka John Laubach, aka John Robert Laubach<br>　　　　　　Debtor(s) | 11 U.S.C. Section 362 |
| Frederick L. Reigle Esq.<br>　　　　　　Trustee | |

## ORDER

AND NOW, at Reading, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Section 362, is modified and annulled to allow U.S. NATIONAL BANK ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE ON BEHALF OF OWS REMIC TRUST 2013-1 and its successor in title to proceed with the ejectment action regarding the premises, 577 Rutt Road, Bangor, PA 18013.   The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: February 2, 2018**

United States Bankruptcy Judge.

cc: See attached service list