United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John R. Laubach  
       Debtor

Case No. 17-18595-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: Lisa      Page 1 of 1      Date Rcvd: Feb 02, 2018  
                        Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2018.  
db          +John R. Laubach,    577 Rutt Road,    Bangor, PA 18013-9611

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr          +E-mail/Text: bnc@atlasacq.com Feb 03 2018 01:37:35     Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303  
                                                                                                                                                                                                               TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2018                                        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2018 at the address(es) listed below:  
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com  
         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,     ecf_frpa@trustee13.com  
         KEVIN G. MCDONALD    on behalf of Creditor    U.S. National Bank Association et al ...    KMcDonald@blankrome.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    U.S. National Bank Association et al ...    bkgroup@kmllawgroup.com  
         ROBERT    GLAZER    on behalf of Debtor John R. Laubach usbcglazer@gmail.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                           TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  John R. Laubach aka Robert Laubach, aka John Laubach, aka John Robert Laubach<br>          <u>Debtor(s)</u> | CHAPTER 13 |
| U.S. NATIONAL BANK ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE ON BEHALF OF OWS REMIC TRUST 2013-1<br>          <u>Movany</u><br>                    vs. | NO. 17-18595 REF |
| John R. Laubach aka Robert Laubach, aka John Laubach, aka John Robert Laubach<br>          <u>Debtor(s)</u> | 11 U.S.C. Section 362 |
| Frederick L. Reigle Esq.<br>          <u>Trustee</u> | |

## ORDER

AND NOW, at Reading, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Section 362, is modified and annulled to allow U.S. NATIONAL BANK ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE ON BEHALF OF OWS REMIC TRUST 2013-1 and its successor in title to proceed with the ejectment action regarding the premises, 577 Rutt Road, Bangor, PA 18013.   The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: February 2, 2018**

_____
United States Bankruptcy Judge.

cc: See attached service list