Certificate Number: 17572-PAE-DE-030577912

Bankruptcy Case Number: 17-18595



17572-PAE-DE-030577912

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 15, 2018, at 6:52 o'clock PM PST, John R Laubach completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 15, 2018          By:      /s/Hector Colon

Name:   Hector Colon

Title:   Counselor