United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John R. Laubach  
      Debtor

Case No. 17-18595-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: May 04, 2018  
                     Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2018.  
db         +John R. Laubach,    577 Rutt Road,    Bangor, PA 18013-9611

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         +E-mail/Text: bnc@atlasacq.com May 05 2018 01:56:25     Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303  
                                                                                                                                                                                                                                                                       TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2018 at the address(es) listed below:  
         FREDERICK L. REIGLE     ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         KEVIN G. MCDONALD    on behalf of Creditor    U.S. National Bank Association et al ... bkgroup@kmllawgroup.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    U.S. National Bank Association et al ... bkgroup@kmllawgroup.com  
         ROBERT   GLAZER    on behalf of Debtor John R. Laubach usbcglazer@gmail.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                                                                                                                                                                                 TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  John R Laubach aka Robert Laubach, aka John Laubach, aka John Robert Laubach<br>                              Debtor | CHAPTER 13 |
| U.S. Bank National Association, not in its individual capacity but solely as Trustee of OWS REMIC Trust 2013-2<br>                              Movant<br>          vs. | NO. 17-18595 REF |
| John R Laubach aka Robert Laubach, aka John Laubach, aka John Robert Laubach<br>                              Debtor<br>Skie A. Laubach<br>                              Co-Debtor | 11 U.S.C. Section 362 and 1301 |
| Frederick L. Reigle Esq.         Trustee | |

**ORDER**

ORDERED THAT: The Motion for Relief from the Automatic Stay and Co-Debtor Stay of all proceedings is granted,  and the Automatic Stay and Co-Debtor of all proceedings, as provided under Sections 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362 and 1301, are modified with respect to the subject premises located at 577 Rutt Rd, Bangor, PA 18013 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: May 4, 2018**

_____
United States Bankruptcy Judge.