UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :

JOHN R   LAUBACH

                                                : Bankruptcy No. 17-18595REF
              Debtor(s)                         : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: August 9, 2018**

_____
Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

ROBERT GLAZER ESQ
MCLAUGHLIN & GLAZER
26 N THIRD STREET
EASTON PA 18042-3643

JOHN R   LAUBACH
577 RUTT ROAD
BANGOR,PA.18013