United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John R. Laubach  
    Debtor

Case No. 17-18595-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: Lisa      Page 1 of 2      Date Rcvd: Aug 09, 2018  
                    Form ID: pdf900      Total Noticed: 19

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2018.
db             +John R. Laubach,    577 Rutt Road,    Bangor, PA 18013-9611
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14038706       +Easton Hospital,    250 South 21st Street,    Easton, PA 18042-3892
14032983       +Nora C. Viggiano, Esquire,    KML Law Group, P.C.,    701 Market Street,
                 Philadelphia, PA 19106-1538
14038070       +U.S. National Bank Association et al ...,    KML LAW GROUP, P.C.,    701 Market St. Suite 5000,
                 Philadelphia, PA 19106-1541
14032984       +US National Bank Association,    9990 Richmond Avenue,    Suite 400S,    Houston, TX 77042-8500
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 10 2018 01:47:50      
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 10 2018 01:48:14     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14046889       +E-mail/Text: bnc@atlasacq.com Aug 10 2018 01:47:36      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
14038708       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 10 2018 01:54:46      Capital One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
14069883        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 10 2018 01:55:00      
                 LVNV Funding, LLC its successors and assigns as,    assignee of OSI Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14070371        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 10 2018 01:55:29      
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14069827       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 10 2018 01:48:02      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14063219        E-mail/Text: bnc-quantum@quantum3group.com Aug 10 2018 01:47:43      
                 Quantum3 Group LLC as agent for,    GPCC I LLC,    PO Box 788,    Kirkland, WA  98083-0788
14070409       +E-mail/Text: bkteam@selenefinance.com Aug 10 2018 01:47:37      U.S. Bank National Association,
                 c/o Selene Finance LP,    9990 Richmond Avenue, Suite 400 South,    Houston, TX 77042-4546
                                                                                               TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14039100        Skye A. Laubach
cr*            +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. National Bank Association et al ...
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. National Bank Association et al ...
               bkgroup@kmllawgroup.com
              ROBERT  GLAZER    on behalf of Debtor John R. Laubach usbcglazer@gmail.com
```

```
District/off: 0313-4          User: Lisa                  Page 2 of 2                  Date Rcvd: Aug 09, 2018
                              Form ID: pdf900             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        ROLANDO   RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
         RRamos-Cardona@fredreiglech13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM   MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                                                                 TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                       :

JOHN R   LAUBACH

                                            : Bankruptcy No. 17-18595REF
        Debtor(s)                  : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: August 9, 2018**

_____
Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

ROBERT GLAZER ESQ
MCLAUGHLIN & GLAZER
26 N THIRD STREET
EASTON PA 18042-3643

JOHN R   LAUBACH
577 RUTT ROAD
BANGOR,PA.18013